SC:JD
F. #2014R01585

FILED
CLERK

2014 DEC -1  PM 2: 55

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

ISRAEL GOLDREICH,
   also known as "Izzy Goldreich,"

               Defendant.

- - - - - - - - - - - - - - - - -X

INDICTMENT

Cr. No. 14 - 00617
(T. 18, U.S.C., §§ 641, 982(a)(1), 982(b),
2 and 3551 et seq.)

COGAN, J.

REYES, M.J

THE GRAND JURY CHARGES:

## THEFT OF PUBLIC PROPERTY

1.     In or about and between August 19, 2014 and August 26, 2014, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant ISRAEL GOLDREICH, also known as "Izzy Goldreich," together with others, did knowingly and intentionally steal, purloin and convert to his own use things of value of the United States and a department and agency thereof, to wit: the Federal Bureau of Investigation, the aggregate value of which exceeded one thousand dollars.

(Title 18, United States Code, Sections 641, 2 and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

2.     The United States hereby gives notice to the defendant ISRAEL GOLDREICH, also known as "Izzy Goldreich," that, upon his conviction of the offense charged herein, the government will seek forfeiture in accordance with Title 18, United

States Code, Section 982(a)(1), of all property involved in the offense of conviction in violation of Title 18, United States Code, Section 641, and all property traceable to such property as a result of the defendant's conviction of such offense.

3. If any of the above described forfeitable property, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b), to seek forfeiture of any of the property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Sections 982(a)(1) and 982(b))

A TRUE BILL

_____
FOREPERSON

_____
LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

2

F. #2014R01585
FORM DBD-34
JUN. 85

No. 14-

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

*ISRAEL GOLDREICH, also known as "Izzy Goldreich,"*
Defendant.

## INDICTMENT

(T. 18, U.S.C., §§ 641, 982(a)(1); 982(b); 2 and 3551 et seq.)

*A true bill.*

_____
*Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ A.D. 20 _____ .

_____
*Clerk*

*Bail, $* _____

_____

*Jack Dennehy, Assistant U.S. Attorney (718) 254-6133*